# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gurami Darispanashvili | : | |
| | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | Civil A. No. 26-CV-1035 |
| | : | |
| J.L. Jamison *et al.,* | : | |
| | : | |
| *Respondents.* | : | |

## STIPULATION

Petitioner filed a petition for a writ of habeas corpus on February 18, 2026. Respondents' response was filed on February 20, 2026.

The parties acknowledge this Court's Order of February 18, 2026 prohibiting Respondents from transferring Petitioner from the Eastern District of Pennsylvania.

The parties stipulate that, pending the Court's ruling on the habeas petition, Petitioner will not be removed from the Commonwealth of Pennsylvania, and that jurisdiction remains within the Eastern District of Pennsylvania.

The parties further stipulate to the Court deciding this matter on the papers.

**SO STIPULATED:**

DAVID METCALF
United States Attorney

/s/Christoperher Casazza
Christopher M. Casazza, Esq.
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102

/s/ Colin Cherico
Colin M. Cherico
Assistant United States Attorney
615 Chestnut St., Suite 1250
Philadelphia, PA 19106
(215) 861-8788
Colin.cherico@usdoj.gov

**I.**
Dated: February 20, 2026

**SO ORDERED:**

BY THE COURT:

Dated: _February 20, 2026_____

 **/s/ Cynthia M. Rufe**
_____
CYNTHIA M. RUFE
United States District Judge