**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr><td>

**GURAMI DARISPANASHVILI,**

**Plaintiffs,**

**v.**

**MICHAEL ROSE,** *et al.,*

**Defendants.**

</td><td>

**CIVIL ACTION NO.  26-1035**

</td></tr>
</table>

## ORDER

**AND NOW,** this 23rd day of February 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1], the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. The Government shall **RELEASE** Petitioner from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 12:00 p.m. ET on February 24, 2026.

3. The government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.

4. If the government chooses to pursue renewed detention of Petitioner after that seven-day period, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Petitioner poses a flight risk or a danger to the community. Should renewed detention occur, the

government shall not remove, transfer, or otherwise facilitate the removal of

Petitioner from the Eastern District of Pennsylvania before the ordered bond hearing.

If the immigration judge determines that Petitioner is subject to detention under 8

U.S.C. § 1226(a), the government may request permission from the Court to move

Petitioner if unforeseen or emergency circumstances arise that require him to be

removed. Any such request must include an explanation for the request as well as a

proposed destination. The Court will then determine whether to grant the request and

permit transfer of Petitioner.

It is so **ORDERED.**

**BY THE COURT:**

 **/s/ Cynthia M. Rufe**

 **CYNTHIA M. RUFE, J.**